# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2007

133792

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTHONY SANDERS,
      Defendant-Appellant.

SC: 133792
COA: 267264
Jackson CC: 05-000643-FH

_____/

      On order of the Court, the application for leave to appeal the March 13, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2007

Clerk

p0926